IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01155-PAB-MJW

BENEDETTO ARTINO,

Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ERIK BORN,
DOUGLAS N. DARR, and
CHARITY RUTH GRIMSLEY HINKLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Scheduling Conference (Docket No. 18) is GRANTED. The Scheduling Conference set for June 24, 2013 at 1:30 p.m. is VACATED. The Scheduling Conference is RESET for August 19, 2013 at 2:00 p.m.

Date: June 19, 2013