IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01155-PAB-MJW

BENEDETTO ARTINO,

Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ERIK BORN,
DOUGLAS N. DARR, and
CHARITY RUTH GRIMSLEY HINKLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling Conference (Docket No. 21) is GRANTED.  The Scheduling Conference set for August 19, 2013 at 2:00 p.m. is VACATED.  The Scheduling Conference is RESET for September 16, 2013 at 3:00 p.m.  No further continuances shall be granted.

Date: August 15, 2013