IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01155-PAB-MJW

BENEDETTO ARTINO,

Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ERIK BORN,
DOUGLAS N. DARR, and
CHARITY RUTH GRIMSLEY HINKLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Charity Ruth Grimsley Hinkley's Motion to Amend Scheduling Order (Docket No. 37) is DENIED without prejudice for failure to comply with the duty to confer as required by D.C.COLO.LCivR 7.1A.

Date: October 15, 2013