IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01155-PAB-MJW

BENEDETTO ARTINO,

Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ERIK BORN,
DOUGLAS N. DARR, and
CHARITY RUTH GRIMSLEY HINKLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Charity Ruth Grimsley Hinkley's Unopposed Motion to Amend Scheduling Order (Docket No. 41) is GRANTED. Paragraph 3.c. (Statement of Claims and Defenses) of the Scheduling Order (Docket No. 36) is amended as set forth in the subject motion.

Date: October 24, 2013