IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01155-PAB-MJW

BENEDETTO ARTINO,

Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ERIK BORN,
DOUGLAS N. DARR, and
CHARITY RUTH GRIMSLEY HINKLEY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant Charity Ruth Grimsley Hinkley's Motion to Compel Discovery and Disclosure of Computation of Damages Pursuant to 26(a)(1), 33 and 37 (Docket No. 47) is GRANTED. The court notes that plaintiff did not file a timely response to the subject motion. An argument to which no response is offered may be deemed confessed. See Alvariza v. Home Depot, 05-cv-02590-EWN-BNB, 2007 WL 794187, at *8 (Mar. 14, 2007 D. Colo.). Regardless, the court finds good cause for the relief sought in the subject motion.

Accordingly, on or before April 3, 2014, plaintiff shall provide a supplemental response to defendant Charity Ruth Grimsley Hinkley's interrogatory. Plaintiff's response must specify the categories of damages sought, and a computation of each category of economic damages claimed by plaintiff.

Defendant Charity Ruth Grimsley Hinkley's request for fees and sanctions are DENIED. However, if plaintiff's supplemental response is inadequate and/or untimely, the court may award fees and/or sanction plaintiff.

Date: March 24, 2014