IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01155-PAB-MJW

BENEDETTO ARTINO,

Plaintiff,

v.

ADAMS COUNTY,
ADAMS COUNTY SHERIFF'S OFFICE,
ERIK BORN,
DOUGLAS N. DARR, and
CHARITY RUTH GRIMSLEY HINKLEY,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Amend Civil Scheduling Order (docket no. 50) is GRANTED for the following reasons and as outlined below.  This is Plaintiff's first request to extend deadlines concerning discovery and the parties are working to get all discovery completed in a timely fashion but need more time to complete discovery.  Moreover, the requested extensions will not prejudice any of the parties since there is no trial date set and the final pretrial conference is not set until September 23, 2014 at 9:00 a.m.

It is FURTHER ORDERED that the deadline to disclose experts is extended to May 30, 2014.  The deadline to disclose rebuttal experts is extended to July 15, 2014. The deadline to serve interrogatories, request for production of documents and request for admissions is extended to June 27, 2014.  The deadline to complete all discovery is extended to August 29, 2014.  The deadline to file dispositive motions is extended to September 15, 2014.  The final pretrial conference remains set on September 23, 2014 at 9:00 a.m.  The Civil Scheduling Order (docket no. 36) is amended consistent with this minute order.

Date: April 17, 2014